**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Cornelius MURPHY, a.k.a. Kemo,**
**a.k.a. Ookie, Defendant–**
**Appellant.**

**No. 09–16446**

**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

July 13, 2010.

A. Russell Smith, Jacksonville, FL, for Plaintiff–Appellee.

Patricia D. Barksdale, Jacksonville, FL, for Defendant–Appellant.

Before BARKETT, HULL and HILL, Circuit Judges.

PER CURIAM:

A. Russell Smith, appointed counsel for Cornelius Murphy in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Murphy's conviction and sentence are **AFFIRMED.**